CHARLES FINCKE AND OTHERS, TRUSTEES, ETC., RESPOND-
ENTS, v. JAMES ROURKE, APPELLANT.

*Action on a contract payable in installments — payments falling due after the com-
mencement of the action, may be set up by supplemental complaint.*

APPEAL from on order made at Special Term, allowing the
plaintiff to file a supplemental complaint.

The action was based upon an agreement for the sale of land
to be paid for by installments.

At the time the action was commenced the contract had not
wholly matured, and the claim was for several installments, which
had then by the terms of the contract become due. At the time of
making the motion the contract had matured, and plaintiff was
permitted to set up that fact and claim such further relief as the
case justified.

The court, at General Term, said : " This was consistent with
the original cause of action ; both the original and supplemental
complaints are based upon the same agreement, the supplemental
complaint merely allowing the plaintiff to allege subsequently
occurring facts, which varied the relief to which the plaintiff was
entitled under the original complaint.

" This practice was right upon principle and authority. (*Eager*
v. *Price*, 2 Paige, 369; *Hasbrouck* v. *Shuster*, 4 Barb., 285.) "

*Daniel T. Walden*, for the appellant. *Thomas H. Rodman*,
for the respondents.

Opinion by PRATT, J., BARNARD, P. J., concurred ; GILBERT,
J., not sitting.

Order affirmed, with costs and disbursements.